UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CONSTRUCTION & EXCAVATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:22-cv-01461-ADA-CDB<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>(ECF No. 7) |

  Plaintiff filed a complaint in this action on November 8, 2022.  (ECF No. 1).  On January 6, 2023, Plaintiff filed a Notice of Voluntary Dismissal which requests the Court to dismiss this case with prejudice.  (ECF No. 7).

  A plaintiff may dismiss an action pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., without a court order by filing a request before the opposing party files a responsive pleading.  Here, no defendant has answered or appeared and, accordingly, dismissal is proper.  Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *See Com. Space Mgmt. Co. v. Boeing Co*., 193 F.3d 1074, 1078 (9th Cir. 1999).

  Accordingly, the Court DIRECTS the Clerk of the Court to vacate all pending dates and

/ / /

1  hearings, including the Scheduling Conference (ECF No. 6), and to close and terminate this case
2  in its entirety.
3  IT IS SO ORDERED.
4  Dated:   **January 10, 2023**                              _____
5                                                                                        UNITED STATES MAGISTRATE JUDGE